UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

EDUCATIONAL CREDIT MANAGEMENT
CORPORATION,

                      Plaintiff,

    - against -

SIGN CRAFT, INC.,

                      Defendant.

**JUDGMENT**

Civil Action No.
05-CV-0287 (GLS/RFT)

---

WHEREAS, on or about March 3, 2005, Plaintiff Educational Credit Management Corporation ("Plaintiff"), commenced the above-captioned action by summons and complaint against Defendant Sign Craft, Inc. ("Defendant") seeking damages under 20 U.S.C. § 1095a (a)(6) for Defendant's failure to comply with an administrative withholding order requiring it to garnish the wages of a defaulted student loan Borrower, Karl Brenneisen (the "Borrower");

WHEREAS, Plaintiff has established to the Court's satisfaction that Defendant was duly served with the summons and complaint in a proper manner pursuant to Fed.R.Civ.P. 4(h).

WHEREAS, Defendant failed to answer the complaint or otherwise defend this action;

WHEREAS, on or about May 24, 2005, an Entry of Default on the part of Defendant was entered by the Clerk of the Court;

WHEREAS, by notice of motion dated September 9, Plaintiff moved for a default judgment against Defendant based on its failure to answer or otherwise defend this action;

WHEREAS, Plaintiff has established its entitlement to damages in the amount of Fifteen-Thousand Two Hundred Sixty-Two Dollars and Twenty-Three Cents ($15,262.23), with interest at the rate of 9% per annum from August 28, 2005 forward;

WHEREAS, Plaintiff has also established its entitlement to its costs and attorney's fees incurred in pursuing this action pursuant to 20 U.S.C. § 1095a(a)(6);

NOW, upon the Entry of Defendant's Default and due consideration of the affidavit of William S. Nolan, Esq., sworn to on September 9, 2005, as well as all other pleadings filed in this action; it is hereby

ORDERED, ADJUDGED, and DECREED, that Plaintiff shall recover from Defendant the principal amount of Fifteen Thousand Two Hundred Sixty-Two Dollars and Twenty-Three Cents ($15,262.23), with interest at the rate of 9% per annum from August 28, 2005 forward;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED, that Plaintiff shall recover from Defendant its reasonable attorneys' fees incurred in pursuing this action in the amount of

Three Thousand Forty-Four Dollars and Fifty Cents ($3044.50), plus costs in the amount of Four Hundred Sixty-Nine Dollars and Seventy Cents ($469.70) and that Plaintiff shall have execution therefor, as well as for any related collection or enforcement efforts related thereto.

Dated: ~~September 9~~ October 18, 2005

SO ORDERED,

*Gary L. Sharpe*
~~United States~~ District Judge

W:\9300's\9346\Pks\Judgment.doc